IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ONO'S TRADING COMPANY, LLC, et al., ) | |
| ) | |
|     **Plaintiffs,** ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 04-0706-CG-C |
| ) | |
| STUART A. PARNELL, et al. ) | |
| ) | |
|     **Defendants.** ) | |

## ORDER

This matter is before the court on plaintiffs' motion to hold Stuart Parnell and the Nautical Group in contempt. (Doc. 124). An evidentiary hearing was held on plaintiffs' motion on March 8, 2006. The court found at the hearing that defendants' actions did not directly violate the preliminary injunction. Accordingly, plaintiffs' motion for contempt is **DENIED**. However, based on the evidence presented, the court finds it appropriate to amend the preliminary injunction to include the following:

> Defendants, their agents, and assignees are hereby preliminarily enjoined and precluded from making any claim, or from participating in, encouraging or facilitating anyone else to make any claim, that would challenge or frustrate plaintiffs' use of the trademark at issue in this lawsuit pending the outcome of this case.

The preliminary injunction entered in this case is hereby **AMENDED** to include the above prohibition.

    **DONE and ORDERED** this 8th day of March, 2006.

    /s/ Callie V. S. Granade
    CHIEF UNITED STATES DISTRICT JUDGE