IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ONO'S TRADING COMPANY, LLC,** **et al,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO. 04-0706-CG-C** |
| ) | |
| **STUART A. PARNELL, et al.** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

On March 29, 2006, the court noted that no counsel had appeared for defendant, SLT, Inc. and granted SLT leave until April 12, 2006 to retain counsel and file a notice of appearance. (Doc. 154).  The court stated that "[f]ailure to comply with this order will result in entry of judgment of default against defendant SLT, Inc."  To date no counsel has appeared on behalf of SLT, Inc.  The court notes that this case is currently set for pretrial conference, Monday, May 15, 2006.

Accordingly, the court hereby **DIRECTS** the Clerk to enter **DEFAULT** against SLT, Inc.  pursuant to Rule 55(a), FED.R.CIV. P.,  for failure to plead or otherwise defend.

**DONE and ORDERED** this 2nd  day of May, 2006.


/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE