IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ONO'S TRADING COMPANY, LLC; VAN KOPPERSMITH; DON GRADY; KELLY GRADY; DAVID PATRICK KELLEY; and JOE D. DUNNAM,<br><br>   Plaintiffs,<br><br>v:<br><br>STUART A. PARNELL; PATTI M. PARNELL; THE NAUTICAL GROUP, LLC; PMP, LLC d/b/a THE NAUTICAL GROUP; and SLT, LLC d/b/a THE NAUTICAL GROUP,<br><br>   Defendants. | CIVIL ACTION NO.:  CV-04-0706-CG-C |

## JUDGMENT

The Court has previously entered permanent injunctive relief in favor of the Plaintiffs and against Stuart Parnell, Patti Parnell, the Nautical Group, LLC, PMP, LLC d/b/a the Nautical Group, and SLT, LLC d/b/a the Nautical Group (see Docs. 244 and 266); therefore, the Court will in this document enter final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure as to the remaining claims of the Plaintiffs against these same Defendants.

In accordance with the orders (see Docs. 201, 243, 251 and the Stipulated Order entered this date) in which the Court granted summary judgment in favor of the Plaintiffs on Counts One, Three, Four, Six and Eight and ordered the entry of consent judgments in favor of Plaintiffs on Counts Five, Seven, Nine and Ten; it is hereby **ORDERED, ADJUDGED**, and **DECREED** as to Count One of the Fourth Amended Complaint that Plaintiffs shall recover from Defendants

Stuart Parnell, Patti Parnell, the Nautical Group, LLC, and PMP, LLC d/b/a the Nautical Group $136,500.00, with interest thereon at the applicable rate as provided by law;

It is hereby further **ORDERED, ADJUDGED**, and **DECREED** that, as to Counts Six and Ten of the Fourth Amended Complaint, Plaintiffs shall recover from Defendants Stuart Parnell, Patti Parnell, the Nautical Group, LLC and PMP, LLC d/b/a the Nautical Group compensatory damages in the sum of $287,273.00, with interest thereon at the applicable rate as provided by law;

It is hereby further **ORDERED, ADJUDGED**, and **DECREED** as to Count Six of the Fourth Amended Complaint Plaintiffs shall recover from Defendant Stuart Parnell exemplary damages in the amount of $287,273.00, with interest thereon at the applicable rate as provided by law;

It is hereby further **ORDERED, ADJUDGED**, and **DECREED** that final judgment is **GRANTED** in favor of Plaintiffs and against Defendant Stuart Parnell as to Counts Three, Four, and Eight of the Fourth Amended Complaint and the Court declines to award additional damages as to those claims because any such additional damages would be duplicative of the recovery previously granted to Plaintiffs as to Counts One, Six and Ten outlined above;

It is hereby further **ORDERED, ADJUDGED**, and **DECREED** that as to Count Five of the Fourth Amended Complaint, Plaintiffs shall recover from Defendant Stuart Parnell, the sum of $135,000.00, with interest thereon at the applicable rate as provided by law;

It is hereby further **ORDERED, ADJUDGED**, and **DECREED** that as to Count Seven of the Fourth Amended Complaint Plaintiffs shall recover from Defendant Stuart Parnell, based

on his intentional and fraudulent conduct, the sum of $135,000.00, with interest thereon at the applicable rate as provided by law;

It is hereby further **ORDERED, ADJUDGED**, and **DECREED** that as to Count Nine of the Fourth Amended Complaint Plaintiffs shall recover from Defendant Stuart Parnell the sum of $135,000.00, with interest thereon at the applicable rate as provided by law;

It is hereby further **ORDERED, ADJUDGED**, and **DECREED** that Count Two of the Fourth Amended Complaint be dismissed, without prejudice; and

It is hereby further **ORDERED, ADJUDGED**, and **DECREED** that Plaintiffs shall recover from Defendants Stuart Parnell, Patti Parnell, the Nautical Group, LLC, and PMP, LLC d/b/a the Nautical Group their attorney's fees and costs in the amount of $135,465.34, with interest thereon at the applicable rate as provided by law.

**DONE** and **ORDERED** this 4th day of January, 2007.

    /s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE