IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ONO'S TRADING COMPANY, LLC; VAN KOPPERSMITH; DON GRADY; KELLY GRADY; DAVID PATRICK KELLEY; and JOE D. DUNNAM,<br><br>    Plaintiffs,<br><br>v:<br><br>STUART A. PARNELL; PATTI M. PARNELL; THE NAUTICAL GROUP, LLC; PMP, LLC d/b/a THE NAUTICAL GROUP; and SLT, LLC d/b/a THE NAUTICAL GROUP,<br><br>    Defendants. | CIVIL ACTION NO.:  CV-04-0706-CG-C |

## JUDGMENT

In accordance with the Order (Doc. 198) in which the Court granted Plaintiffs/Counter-defendants' motion for summary judgment as to the false marking counterclaim of Stuart Parnell and in accordance with the Order (Doc. 251) in which the Court granted summary judgment in favor of Plaintiffs/Counter-defendants as to Stuart Parnell's abuse of process counterclaim, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that the false marking and abuse of process counterclaims of Stuart Parnell are hereby **DISMISSED** with prejudice.

**DONE** and **ORDERED** this 4th day of January, 2007.

  /s/ Callie V. S. Granade  
CHIEF UNITED STATES DISTRICT JUDGE